Opinion filed September 24, 2009











 
 
  
 
 







 
 
  
 
 




Opinion filed September 24, 2009

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                  ___________

 

                                                          No. 11-09-00073-CV

                                           __________

 

           OWL CREEK OPERATING CO., INC.; DALLAS O&G ENERGY 

                 GROUP,
L.P.; AND OWL CREEK WEST, L.L.C., Appellants

 

                                                             V.

 

                SODA
SPRINGS PARTNERS, L.P. AND GOLDEN CHEEK 

VENTURES,
L.P., Appellees

 



 

                                          On
Appeal from the 29th District Court

 

                                                       Palo
Pinto County, Texas

 

                                                  Trial
Court Cause No. C42419

 



 

                                              M E
M O R A N D U M   O P I N I O N

Appellants
have filed in this court a notice of dismissal.  Appellants state that they
have deposited with the clerk of the trial court the amount owed under the
judgment.  The appeal is dismissed.

 

PER CURIAM

September 24,
2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.